REVISED DATE: 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
SEP 17 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NO. _____
(leave this space blank)

Edgar W. Simmons Jr. (KEM)

(enter full names of each plaintiff(s))

Doctor Carlson.
Doctor, Mr. Richard Rizzutti. "Greenville" Plastic Surgery office!!!!

Inmate Number 0369770.

(enter full names of each defendant(s))

*********************************************************************

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( ) NO ( )

If your answer is YES, describe the former lawsuit in the space provided below:

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES ( ) NO ( )

If your answer is YES:
1. What steps did you take? I was too drugged up to remember Anything!!
2. What was the result? (Attach copies of grievances or other supporting documentation.) But now, I know what's going on!!!!

REVISED DATE: 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

**✓** I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION. **0369770.**

A. Name of Plaintiff: **Edgar W. Simmons Jr.**

Name of Present Confinement: **Alexander Correction Inst.**

Address of Present Confinement: **633, Old, Landfill rd. Taylorsville N.C. 28681.**

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant **Dr. Walker. 2. Dr. Mankoff.**

Position **"New York State."**

Employed at **Harlem Hospital Center."**

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

C. Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

D. Defendant **DR. WALKER!! DR. MANKOFF!!!**
   Position **"New York State."**
   Employed at
   Address
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

E. Defendant
   Position
   Employed at
   Address
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

F. Defendant
   Position
   Employed at
   Address
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

IV. **STATEMENT OF CLAIM**

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

After, the "Gonocamastia", I went to "Greenville plastic surgery", to, go under the knife, for, 4 1/2 Hour's, to, cut the Titties, the muscles, out of my chest, cause of the medications, I was "force'd" to TAKE!!!

"700, West Ash street."

REVISED DATE: 09/2001

Here's how to get my medical record. 1. Cherry Hospital. "700, West Ash street." "Wayne county." 2. Dorothea Dix Hospital. The "Tide Land" "Mental Health" Center. Williamston, N.C. I wish to come in the court house, with ~~my~~ petition of complaint! A "MAL-practice" Law suit, for faulty, "court order" to take "mental", pharmaceutical drug's for nothing!!! These pharmaceutical drug's cause'd me to have Female Breast's's!!! "My medical record's." "Cherry," Cherry Hospital!!!" 700, West Ash street. Gold'sboro N.C.

**V.    RELIEF SOUGHT BY PRISONER**

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

REVISED DATE: 09/2001

_____
_____
_____
_____
_____

notary: *Shy E Woodruff*

SHERRY E WOODRUFF
Notary Public
Alamance County
State Of North Carolina
My Commission Expires 1-2-18

Signed this 12 day of Sept., 2014.

*Edgar Simmons JR.*
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

9-12-14
Date

*Edgar Simmons JR.*
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)